

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

GDA:JAG
F.#2006R01945

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

June 22, 2007

VIA ECF AND BY HAND

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  United States v. John Doe
             Criminal Docket No. 07-112 (RJD)

Dear Judge Dearie:

        The government writes to provide notice that it will
file a motion to seal the Courtroom in the above-referenced
matter.  This motion will be filed under seal.  Further, the
government writes to confirm that the Court will address this
sealed motion in Court on Tuesday, June 26, 2007, at 1:00 p.m.


                        Respectfully submitted,

                        ROSLYNN R. MAUSKOPF
                        United States Attorney


                By:  /s/ Jeffrey A. Goldberg
                     Jeffrey A. Goldberg
                     Assistant U.S. Attorney
                     718-254-7579



cc:  Clerk of the Court (RJD)
     Defense Counsel